An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEANN WIESNER,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
DOUGLAS SMITH, DISTRICT JUDGE,
Respondents,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 64860

**FILED**

APR 1 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is a proper person petition for a writ of habeas corpus. Petitioner claims that she was unable to obtain a fair trial. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. Petitioner may challenge her judgment of conviction by way of a direct appeal[1] or a

---

[1]We note that petitioner has a direct appeal from her judgment of conviction currently pending before this court in *Wiesner v. State*, Docket No. 64373.

SUPREME COURT
OF
NEVAOA

(O) 1947A

14-11431

post-conviction petition for a writ of habeas corpus filed in the district court in the first instance. Accordingly, we

ORDER the petition DENIED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Saitta

cc:   Hon. Douglas Smith, District Judge
      DeAnn Wiesner
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk